JAYASHRI SRIKANTIAH (SBN 189566)
*jsrikantiah@law.stanford.edu*
JENNIFER LEE KOH (SBN 247498)
*jhlee4@law.stanford.edu*
IMMIGRANTS' RIGHTS CLINIC
MILLS LEGAL CLINIC
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

LINTON JOAQUIN (SBN 73547)
*joaquin@nilc.org*
KAREN TUMLIN (SBN 234691)
*tumlin@nilc.org*
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911

*Attorneys for Plaintiffs*
National Lawyers' Guild San Francisco Chapter,
American Civil Liberties Union Foundation of
Southern California, and National Immigration Law Center

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, and NATIONAL IMMIGRATION LAW CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, CUSTOMS AND BORDER PROTECTION, CITIZENSHIP AND IMMIGRATION SERVICES, OFFICE OF THE INSPECTOR GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Defendants. | Case No. C-08-5137 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF FIRST AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER FOR FILING OF FIRST AMENDED COMPLAINT, C-08-5137 CRB

**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file a First Amended Complaint, filed concurrently herewith.

IT IS SO AGREED AND STIPULATED.

Dated: March 19, 2009

Respectfully Submitted,

/s/ Jennifer Lee Koh
JENNIFER LEE KOH
JAYASHRI SRIKANTIAH
Immigrants' Rights Clinic, Stanford Law School

LINTON JOAQUIN
KAREN TUMLIN
National Immigration Law Center

Attorneys for Plaintiffs National Lawyers Guild San Francisco Chapter, American Civil Liberties Union Foundation of Southern California, and National Immigration Law Center

MICHAEL F. HERTZ
Acting Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director

/s/ Eric B. Beckenhauer
ERIC B. BECKENHAUER
Trial Attorney

Attorneys for Defendants

United States Department of Homeland Security,
Immigration and Customs Enforcement,
Customs and Border Protection,
Citizenship and Immigration Services,
Office of the Inspector General,
United States Department of Justice, and
Executive Office for Immigration Review

## **[PROPOSED] ORDER**

Pursuant to the Stipulation between the parties, Plaintiffs are permitted to file a First Amended Complaint in this action.

It is SO ORDERED this _25th_ day of _March_ 2009.



_____
HON. CHARLES R. BREYER