MICHAEL F. HERTZ
  Deputy Assistant Attorney General
JOHN R. TYLER
  Assistant Branch Director
ERIC B. BECKENHAUER, CSBN 237526
  Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. C 08-5137 CRB <br><br> **STIPULATION TO VACATE MOTION HEARING AND STAY PROCEEDINGS; AND [PROPOSED] ORDER** |

WHEREAS, in an effort to narrow the issues before the Court,

1. Defendant CIS has performed a secondary search in response to Plaintiffs' February 2008 FOIA request, and has produced responsive, nonexempt records identified therefrom; and

2. Defendant ICE has reconsidered the bases for its withholdings of documents referred to it on September 5, 2008, by Defendant CBP in response to Plaintiffs' February 2008 FOIA request, and has produced responsive, nonexempt records identified therefrom; and

3. Defendant EOIR has agreed to reconsider the bases for its withholdings of records previously produced on June 2, 2008, in response to Plaintiffs' February 2008 FOIA request, and to produce any additional responsive, nonexempt records identified therefrom by May 8, 2009; and

4. Defendants ICE, CBP, and EOIR have agreed to perform secondary searches in response to Plaintiffs' February 2008 FOIA request (and, in the case of EOIR, in response to Plaintiffs' June 2008 FOIA request), but are currently unable to predict when these secondary searches, and the processing of any potentially responsive documents, will be complete; and

5. Defendants ICE, CBP, and EOIR have agreed that (a) no later than May 24, 2009, they will update Plaintiffs on the status of the secondary searches and processing, including, to the extent possible, the volume of potentially responsive records and the time required to complete the secondary searches and processing; (b) no later than May 24, 2009, they will make an interim production of any responsive, nonexempt records that have then been fully processed; and (c) no later than June 24, 2009, they will make a production (either interim or final) of any responsive, nonexempt records that have then been fully processed; and

WHEREAS it would minimize litigation costs and conserve judicial resources to suspend the summary judgment briefing schedule, and to stay further proceedings in this case, to permit the above-mentioned secondary searches and processing to take place;

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through undersigned counsel, subject to the approval of the Court, that:

1. The motion hearing on Defendants' motion for summary judgment currently scheduled for September 25, 2009, is vacated;

2. The briefing schedule proposed in the parties' Case Management Statement and adopted in the Court's minute entry of February 20, 2009, is suspended;

3. Further proceedings in this case are stayed for a period of 60 days through and including June 24, 2009; and

4. No later than June 24, 2009, the parties shall submit a joint report advising the Court on the status of the above-mentioned searches and/or a stipulation proposing a schedule to govern further proceedings.

1 | Dated: April 24, 2009

2 | Respectfully submitted,

3 | /s/ *Jennifer Lee Koh*
JENNIFER LEE KOH
JAYASHRI SRIKANTIAH
IMMIGRANTS' RIGHTS CLINIC
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Tel: (650) 724-2442
Fax: (650) 723-4426

LINTON JOAQUIN
KAREN TUMLIN
NATIONAL IMMIGRATION
LAW CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911

JARED KOPEL
LISA DAVIS
DOMINIQUE-CHANTALE ALEPIN
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

MICHAEL F. HERTZ
  Deputy Assistant Attorney General

JOHN R. TYLER
  Assistant Branch Director

/s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER, CSBN 237526
  Trial Attorney
  U.S. Department of Justice
  Civil Division, Federal Programs Branch
  20 Massachusetts Ave. NW
  Washington, DC 20530
  Telephone: (202) 514-3338
  Facsimile: (202) 616-8470
  E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: __April 27, 2009_____

_____
CHARLES R. BREYER
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*
*[Seal: United States District Court, Northern District of California]*

NO. C 08-5137 CRB
STIPULATION TO VACATE MOTION HEARING AND STAY PROCEEDINGS       3