TONY WEST
  Assistant Attorney General
JOHN R. TYLER
  Assistant Branch Director
ERIC B. BECKENHAUER, CSBN 237526
  Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al., | No. C 08-5137 CRB |
| Plaintiffs, | **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; AND [PROPOSED] ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

WHEREAS, in an effort to narrow the issues before the Court,

1. On February 13, April 24, and June 24, 2009, the parties informed the Court that Defendants had agreed to reconsider the scope of their searches, reconsider the bases for their withholding of records previously produced, and/or perform secondary searches in response to Plaintiffs' February 2008 FOIA request (and, in the case of EOIR, in response to Plaintiffs' June 2008 FOIA request). On April 27 and June 25, 2009, the Court approved the parties' stipulations to stay proceedings to allow these secondary searches, and the processing of potentially responsive records, to take place; and

2. On July 24, 2009, the parties informed the Court that four Defendants — DHS, DHS-OIG, CIS, and CBP — had completed their secondary searches and/or processing, and that the parties had agreed to confer by a series of dates certain in an effort to resolve Plaintiffs' claims against those Defendants without the Court's intervention. On the same date, the parties informed the Court that the two other Defendants — EOIR and ICE — had not yet completed the processing of potentially responsive records identified from their secondary searches, and provided an update on the status of those Defendants' searches and processing; and

3. On July 30, 2009, the Court approved the parties' stipulation (a) to further stay proceedings through and including October 30, 2009; and (b) to submit a joint report advising the Court on the status of the above-mentioned negotiations and processing, and/or a stipulation proposing a schedule to govern further proceedings, no later than October 30, 2009; and

4. In accordance with the parties' July 24 status report, Defendants DHS, DHS-OIG, CIS, and CBP have provided Plaintiffs with a letter that describes the scope of their respective searches for responsive records; Plaintiffs have responded with certain objections and/or requests for clarification; and the parties have conferred in an effort to resolve the outstanding issues. As a result, Plaintiffs have stipulated that they do not contest the adequacy of the searches performed by Defendants DHS, DHS-OIG, or CIS. Plaintiffs have requested additional details regarding the search conducted by CBP, and are not prepared to stipulate to its adequacy; however, further negotiation may eliminate the need for judicial resolution of this issue.

5. In further accord with the parties' July 24 status report, Defendants DHS-OIG and CBP — which withheld certain records as exempt from disclosure — have provided Plaintiffs with a preliminary, partial Vaughn index explaining the bases for the withholdings that Plaintiffs have contested. In response, Plaintiffs have stipulated that they do not contest the propriety of the withholdings made by DHS-OIG. With respect to CBP, Plaintiffs have responded with several objections and/or requests for clarification; however, further negotiation may likewise eliminate the need for judicial resolution of these issues.

6. Defendant EOIR has completed its secondary search and produced the remaining responsive, nonexempt records to Plaintiffs on August 24, 2009. The parties have conferred to

1  discuss ways to move toward resolution of Plaintiffs' claims against EOIR without the Court's
2  intervention, and have agreed in principle to follow a process similar in structure to that used by the
3  other Defendants, see, e.g., supra ¶¶ 4-5.  However, in view of the large volume of documents
4  located by EOIR's secondary search — nearly 2,700 pages — additional time is needed for the
5  parties to reach agreement on the parameters and dates certain for such a process.  The parties have
6  agreed to confer by November 13, 2009, in an effort to resolve this issue.

7        7.     Defendant ICE has performed a secondary search that has located approximately
8  24,000 pages of potentially responsive records.  Of those, ICE produced 321 pages of responsive,
9  nonexempt records on June 2, 2009; 314 pages on June 23, 2009; 1,034 pages on July 23, 2009; 335
10 pages on August 4, 2009; 390 pages on August 24, 2009; 1,178 pages on September 25, 2009; and
11 788 pages on October 29, 2009.  An additional 556 pages have been determined to be duplicate or
12 nonresponsive documents.  Approximately 19,084 pages of potentially responsive records remain
13 to be processed.  As noted in the parties' July 24 status report, the parties have agreed that, given
14 the resource constraints on ICE's FOIA office, a processing rate of approximately 1,000 pages of
15 potentially responsive records per month is reasonable, and that ICE will continue to make interim
16 productions of responsive, nonexempt records on a monthly basis; and

17     WHEREAS it would minimize litigation costs and conserve judicial resources to stay
18 further proceedings in this case to permit the above-mentioned negotiations and processing to
19 continue, and to permit the parties to confer further as described above;

20     IT IS HEREBY AGREED AND STIPULATED by and between the parties, through
21 undersigned counsel, subject to the approval of the Court, that:

22     1.     Further proceedings in this case are stayed for a period of approximately 3 months
23            through and including January 30, 2010; and

24     2.     No later than January 30, 2010, the parties shall submit a joint report advising the
25            Court on the status of the above-mentioned negotiations and processing and/or a
26            stipulation proposing a schedule to govern further proceedings.

27 //
28 //

Dated: October 30, 2009

Respectfully submitted,

| | |
|---|---|
| /s/ *Jennifer Lee Koh* | TONY WEST |
| JENNIFER LEE KOH | Assistant Attorney General |
| JAYASHRI SRIKANTIAH | |
| IMMIGRANTS' RIGHTS CLINIC | JOHN R. TYLER |
| STANFORD LAW SCHOOL | Assistant Branch Director |
| 559 Nathan Abbott Way | |
| Stanford, CA 94305 | /s/ *Eric B. Beckenhauer* |
| Tel: (650) 724-2442 | ERIC B. BECKENHAUER, CSBN 237526 |
| Fax: (650) 723-4426 | Trial Attorney |
| | U.S. Department of Justice |
| LINTON JOAQUIN | Civil Division, Federal Programs Branch |
| KAREN TUMLIN | 20 Massachusetts Ave. NW |
| NATIONAL IMMIGRATION | Washington, DC 20530 |
| LAW CENTER | Telephone: (202) 514-3338 |
| 3435 Wilshire Boulevard, Suite 2850 | Facsimile: (202) 616-8470 |
| Los Angeles, CA 90010 | E-mail: eric.beckenhauer@usdoj.gov |
| Tel: (213) 639-3900 | |
| Fax: (213) 639-3911 | Attorneys for Defendants |

JARED KOPEL
LISA A. DAVIS
DOMINIQUE-CHANTALE ALEPIN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

In accordance with General Order 45(X), I hereby attest that I have obtained Jennifer Lee Koh's concurrence in the filing of this document.

  /s/ *Eric B. Beckenhauer*
  ERIC B. BECKENHAUER

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: _November 10, 2009_          _____
                                    CHARLES R. BREYER
                                    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

No. C 08-5137 CRB
JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS                                                    4