*E-Filed 8/27/10*

TONY WEST
  Assistant Attorney General
JOHN R. TYLER
  Assistant Branch Director
ERIC B. BECKENHAUER, CSBN 237526
  Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. _____/ | No. C 08-5137 RS <br><br> **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; AND [PROPOSED] ORDER** |

WHEREAS, in an effort to narrow the issues before the Court,

1. The parties have entered into a series of stipulations to stay proceedings since April 24, 2009, to allow Defendants to conduct secondary searches and process potentially responsive records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the Court's intervention. On October 30, 2009, as a result of those negotiations, Plaintiffs stipulated that they did not contest the adequacy of the searches performed by Defendants DHS, DHS-OIG, or CIS, or the propriety of the withholdings made by DHS-OIG; accordingly, pursuant to Rule 41(a)(1)(A)(ii), the parties filed a stipulation of dismissal of this action with prejudice with respect

1  to those Defendants. Negotiations continued with respect to the remaining Defendants: CBP,
2  EOIR, and ICE. Most recently, on May 4, 2010, the Court approved the parties' stipulations (a) to
3  further stay proceedings through and including August 31, 2010; and (b) to submit a joint report
4  advising the Court on the status of negotiations and processing, and/or a stipulation proposing a
5  schedule to govern further proceedings, no later than August 31, 2010; and

6        2.    EOIR has provided Plaintiffs with a letter describing the scope of its search and a
7  preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings. In response, Plaintiffs
8  have stipulated that they do not contest either the adequacy of the search performed by EOIR, or
9  the propriety of the withholdings made by EOIR; and

10        3.    ICE has provided Plaintiffs with a letter describing the scope of its search and a
11  preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings. In response, Plaintiffs
12  have stipulated that they do not contest the adequacy of the search performed by ICE. With respect
13  to the withholdings made by ICE, Plaintiffs have responded with two objections and/or requests for
14  clarification, and the parties have conferred to discuss the propriety of those withholdings. Plaintiffs
15  are not yet prepared to stipulate to the propriety of those withholdings; however, further negotiation
16  may eliminate the need for judicial resolution of these issues; and

17        4.    CBP has provided Plaintiffs with a letter describing the scope of its search and a
18  preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings; Plaintiffs have
19  responded with several objections and/or requests for clarification; and the parties have continued
20  to confer to discuss the scope of CBP's search and the propriety of its withholdings. Plaintiffs are
21  not yet prepared to stipulate to the adequacy of CBP's search or the propriety of its withholdings;
22  however, further negotiation may eliminate the need for judicial resolution of these issues; and

23        WHEREAS it would minimize litigation costs and conserve judicial resources to stay
24  further proceedings in this case to permit the above-mentioned negotiations to continue, and to
25  permit the parties to confer further as described above;

1    IT IS HEREBY AGREED AND STIPULATED by and between the parties, through
2 undersigned counsel, subject to the approval of the Court, that:
3    1.   Further proceedings in this case are stayed for a period of approximately 3 months
4         through and including November 30, 2010, and
5    2.   No later than November 30, 2010, the parties shall submit a joint report advising the
6         Court on the status of the above-mentioned negotiations and/or a stipulation
7         proposing a schedule to govern further proceedings.
8 //
9 //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Dated: August 25, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ *Jayashri Srikantiah* | TONY WEST |
| JAYASHRI SRIKANTIAH | Assistant Attorney General |
| IMMIGRANTS' RIGHTS CLINIC | |
| STANFORD LAW SCHOOL | JOHN R. TYLER |
| 559 Nathan Abbott Way | Assistant Branch Director |
| Stanford, CA 94305 | |
| Tel: (650) 724-2442 | /s/ *Eric B. Beckenhauer* |
| Fax: (650) 723-4426 | ERIC B. BECKENHAUER, CSBN 237526 |
| | Trial Attorney |
| LINTON JOAQUIN | U.S. Department of Justice |
| KAREN TUMLIN | Civil Division, Federal Programs Branch |
| NATIONAL IMMIGRATION | 20 Massachusetts Ave. NW |
| LAW CENTER | Washington, DC 20530 |
| 3435 Wilshire Boulevard, Suite 2850 | Telephone: (202) 514-3338 |
| Los Angeles, CA 90010 | Facsimile: (202) 616-8470 |
| Tel: (213) 639-3900 | E-mail: eric.beckenhauer@usdoj.gov |
| Fax: (213) 639-3911 | |
| | Attorneys for Defendants |
| JARED KOPEL | |
| LISA A. DAVIS | |
| DOMINIQUE-CHANTALE ALEPIN | |
| WILSON SONSINI GOODRICH & ROSATI | |
| Professional Corporation | |
| 650 Page Mill Road | |
| Palo Alto, CA 94304-1050 | |
| Tel: (650) 493-9300 | |
| Fax: (650) 565-5100 | |

Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

In accordance with General Order 45(X), I hereby attest that I have obtained Jayashri Srikantiah's concurrence in the filing of this document.

/s/ *Eric B. Beckenhauer*<br>ERIC B. BECKENHAUER

**[PROPOSED] ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: 8/27/10

RICHARD SEEBORG
United States District Judge