1  TONY WEST
     Assistant Attorney General
2  JOHN R. TYLER
     Assistant Branch Director
3  ERIC B. BECKENHAUER, CSBN 237526
     Trial Attorney
4
   U.S. Department of Justice
5  Civil Division, Federal Programs Branch
   20 Massachusetts Ave. NW
6  Washington, DC 20530
   Telephone: (202) 514-3338
7  Facsimile: (202) 616-8470
   E-mail: eric.beckenhauer@usdoj.gov
8
   Attorneys for Defendants
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
   NATIONAL LAWYERS' GUILD SAN            No. C 08-5137 RS
14 FRANCISCO CHAPTER, et al.,
                                          **JOINT STATUS REPORT**
15          Plaintiffs,                   **AND STIPULATION TO STAY**
                                          **PROCEEDINGS; AND [~~PROPOSED~~]**
16      v.                                **ORDER**

17 U.S. DEPARTMENT OF HOMELAND
   SECURITY, et al.,
18
            Defendants.
19 _____/

20

21          WHEREAS, in an effort to narrow the issues before the Court,

22          1.      The parties have entered into a series of stipulations to stay proceedings since April

23 24, 2009, to allow Defendants to conduct secondary searches and process potentially responsive

24 records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the

25 Court's intervention. On October 30, 2009, as a result of those negotiations, Plaintiffs stipulated that

26 they did not contest the adequacy of the searches performed by Defendants DHS, DHS-OIG, or

27 CIS, or the propriety of the withholdings made by DHS-OIG; accordingly, pursuant to Rule

28 41(a)(1)(A)(ii), the parties filed a stipulation of dismissal of this action with prejudice with respect

to those Defendants.  Negotiations continued with respect to the remaining Defendants: CBP, EOIR, and ICE.  Most recently, on August 27, 2010, the Court approved the parties' stipulations (a) to further stay proceedings through and including November 30, 2010, and (b) to submit a joint report advising the Court on the status of negotiations and processing, and/or a stipulation proposing a schedule to govern further proceedings, no later than November 30, 2010; and

2.    EOIR has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings.  In response, Plaintiffs have stipulated that they do not contest either the adequacy of the search performed by EOIR, or the propriety of the withholdings made by EOIR; and

3.    ICE has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings.  In response, Plaintiffs have stipulated that they do not contest either the adequacy of the search performed by ICE, or the propriety of the withholdings made by ICE; and

4.    CBP has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings; Plaintiffs have responded with several objections and/or requests for clarification; and the parties have continued to confer to discuss the scope of CBP's search and the propriety of its withholdings.  Plaintiffs are not yet prepared to stipulate to the adequacy of CBP's search or the propriety of its withholdings; however, further negotiation may eliminate the need for judicial resolution of these issues.  The parties have agreed to confer again by December 15, 2010, to discuss these issues; and

WHEREAS it would minimize litigation costs and conserve judicial resources to stay further proceedings in this case to permit the above-mentioned negotiations to continue, and to permit the parties to confer further as described above;

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through undersigned counsel, subject to the approval of the Court, that:

1.    Further proceedings in this case are stayed for a period of approximately 2 months through and including January 31, 2011, and

2.   No later than January 31, 2011, the parties shall submit a joint report advising the Court on the status of the above-mentioned negotiations and/or a stipulation proposing a schedule to govern further proceedings.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1 | Dated: November 30, 2010

2 | Respectfully submitted,

3 |   /s/ *Jayashri Srikantiah*                   TONY WEST
JAYASHRI SRIKANTIAH                        Assistant Attorney General

IMMIGRANTS' RIGHTS CLINIC
STANFORD LAW SCHOOL              JOHN R. TYLER
559 Nathan Abbott Way               Assistant Branch Director
Stanford, CA 94305
Tel: (650) 724-2442                   /s/ *Eric B. Beckenhauer*
Fax: (650) 723-4426              ERIC B. BECKENHAUER, CSBN 237526

Trial Attorney
LINTON JOAQUIN                  U.S. Department of Justice
KAREN TUMLIN                    Civil Division, Federal Programs Branch
NATIONAL IMMIGRATION        20 Massachusetts Ave. NW
LAW CENTER                      Washington, DC 20530
3435 Wilshire Boulevard, Suite 2850   Telephone: (202) 514-3338
Los Angeles, CA 90010             Facsimile: (202) 616-8470
Tel: (213) 639-3900                 E-mail: eric.beckenhauer@usdoj.gov
Fax: (213) 639-3911

JARED KOPEL                     Attorneys for Defendants
LISA A. DAVIS
DOMINIQUE-CHANTALE ALEPIN
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

In accordance with General Order 45(X), I hereby attest that I have obtained Jayashri Srikantiah's concurrence in the filing of this document.

  /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: 1/7/11

RICHARD SEEBORG
United States District Judge