*E-Filed 2/3/11*

TONY WEST
Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
ERIC B. BECKENHAUER, CSBN 237526
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.
_______________________________________/

No. C 08-5137 RS

**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; AND [~~PROPOSED~~] ORDER**

WHEREAS, in an effort to narrow the issues before the Court,

1. The parties have entered into a series of stipulations to stay proceedings since April 24, 2009, to allow Defendants to conduct secondary searches and process potentially responsive records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the Court's intervention. On October 30, 2009, as a result of those negotiations, Plaintiffs stipulated that they did not contest the adequacy of the searches performed by Defendants DHS, DHS-OIG, or CIS, or the propriety of the withholdings made by DHS-OIG; accordingly, pursuant to Rule 41(a)(1)(A)(ii), the parties filed a stipulation of dismissal of this action with prejudice with respect

to those Defendants. Negotiations continued with respect to the remaining Defendants: CBP, EOIR, and ICE. Most recently, on January 7, 2011, the Court approved the parties' stipulations (a) to further stay proceedings through and including January 31, 2011, and (b) to submit a joint report advising the Court on the status of negotiations and processing, and/or a stipulation proposing a schedule to govern further proceedings, no later than January 31, 2011; and

2. EOIR has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial Vaughn index explaining the bases for its withholdings. In response, Plaintiffs have stipulated that they do not contest either the adequacy of the search performed by EOIR, or the propriety of the withholdings made by EOIR; and

3. ICE has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial Vaughn index explaining the bases for its withholdings. In response, Plaintiffs have stipulated that they do not contest either the adequacy of the search performed by ICE, or the propriety of the withholdings made by ICE; and

4. CBP has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial Vaughn index explaining the bases for its withholdings; Plaintiffs have responded with several objections and/or requests for clarification; and the parties have continued to confer to discuss the scope of CBP's search and the propriety of its withholdings. Since the last status report, CBP has released three additional responsive documents that were located during quality control checks, and has confirmed that the processing of potentially responsive records located during its secondary search is complete. CBP has also reconsidered the bases for its prior withholdings, and has determined — as an exercise of its discretion, and without conceding that they were not properly withheld — to release portions of three documents that were previously withheld in full. Plaintiffs are not yet prepared to stipulate to the adequacy of CBP's search or the propriety of its withholdings; however, further negotiation may eliminate the need for judicial resolution of these issues. The parties are in communication regarding a possible solution concerning the small number of documents remaining in dispute, and have agreed to confer again by February 3, 2011, to discuss these issues; and

WHEREAS it would minimize litigation costs and conserve judicial resources to stay

further proceedings in this case to permit the above-mentioned negotiations to continue, and to permit the parties to confer further as described above;

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through undersigned counsel, subject to the approval of the Court, that:

1. Further proceedings in this case are stayed for a period of approximately 2 months through and including March 31, 2011, and

2. No later than March 31, 2011, the parties shall submit a joint report advising the Court on the status of the above-mentioned negotiations and/or a stipulation proposing a schedule to govern further proceedings.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Dated: January 31, 2011

Respectfully submitted,

/s/ *Dominique-Chantale Alepin*
JAYASHRI SRIKANTIAH
IMMIGRANTS' RIGHTS CLINIC
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Tel: (650) 724-2442
Fax: (650) 723-4426

LINTON JOAQUIN
KAREN TUMLIN
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911

JARED KOPEL
LISA A. DAVIS
DOMINIQUE-CHANTALE ALEPIN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

/s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER, CSBN 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

**SIGNATURE ATTESTATION**

In accordance with General Order 45(X), I hereby attest that I have obtained Dominique-Chantale Alepin's concurrence in the filing of this document.

/s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER

**~~[PROPOSED~~] ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: 2/3/11

RICHARD SEEBORG
United States District Judge