JARED L. KOPEL, State Bar No. 126817
jkopel@wsgr.com
LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
dalepin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al., | No. C 08-5137 RS |
| Plaintiffs, | **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; AND [~~PROPOSED~~] ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

WHEREAS, in an effort to narrow the issues before the Court,

1.      The parties have entered into a series of stipulations to stay proceedings since April 24, 2009, to allow Defendants to conduct secondary searches and process potentially responsive records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the Court's intervention. On October 30, 2009, as a result of those negotiations, Plaintiffs stipulated that they did not contest the adequacy of the searches performed by Defendants DHS, DHS-OIG, or CIS, or the propriety of the withholdings made by DHS-OIG; accordingly, pursuant to Rule 41(a)(1)(A)(ii), the parties filed a stipulation of dismissal of this action with prejudice with respect

to those Defendants.  Negotiations continued with respect to the remaining Defendants: CBP, EOIR, and ICE.  Most recently, on February 3, 2011, the Court approved the parties' stipulations (a) to further stay proceedings through and including March 31, 2011, and (b) to submit a joint report advising the Court on the status of negotiations and processing, and/or a stipulation proposing a schedule to govern further proceedings, no later than March 31, 2011; and

2.     EOIR has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings.  In response, Plaintiffs have stipulated that they do not contest either the adequacy of the search performed by EOIR, or the propriety of the withholdings made by EOIR; and

3.     ICE has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings.  In response, Plaintiffs have stipulated that they do not contest either the adequacy of the search performed by ICE, or the propriety of the withholdings made by ICE; and

4.     CBP has provided Plaintiffs with a letter describing the scope of its search and a preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings; Plaintiffs have responded with several objections and/or requests for clarification; and the parties have continued to confer to discuss the scope of CBP's search and the propriety of its withholdings.  Plaintiffs are not yet prepared to stipulate to the adequacy of CBP's search or the propriety of its withholdings; however, further negotiation may eliminate the need for judicial resolution of these issues.  Since the last status report, CBP has provided Plaintiffs with a supplemental preliminary, partial <u>Vaughn</u> index explaining the bases for its withholdings of portions of additional documents released in late January 2011 following quality control checks, and the parties remain in communication regarding a possible solution concerning the small number of documents still in dispute.  Most recently, Plaintiffs extended a counterproposal to CBP, which is under active consideration, and to which CBP has agreed to respond by April 5, 2011; and

WHEREAS it would minimize litigation costs and conserve judicial resources to stay further proceedings in this case to permit the above-mentioned negotiations to continue, and to permit the parties to confer further as described above;

1    IT IS HEREBY AGREED AND STIPULATED by and between the parties, through

2 undersigned counsel, subject to the approval of the Court, that:

3        1.      Further proceedings in this case are stayed for a period of approximately 2 months

4                through and including May 31, 2011, and

5        2.      No later than May 31, 2011, the parties shall submit a joint report advising the Court

6                on the status of the above-mentioned negotiations and/or a stipulation proposing a

7                schedule to govern further proceedings.

8  //

9  //

10 //

11 //

12 //

13 //

14 //

15 //

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1   Dated: March 31, 2011

2                               Respectfully submitted,

3     _/s/ Dominique-Chantale Alepin_            TONY WEST
      JAYASHRI SRIKANTIAH                          Assistant Attorney General
4   IMMIGRANTS' RIGHTS CLINIC
    STANFORD LAW SCHOOL                          JOHN R. TYLER
5   559 Nathan Abbott Way                          Assistant Branch Director
    Stanford, CA 94305
6   Tel: (650) 724-2442                            _/s/ Eric B. Beckenhauer_
    Fax: (650) 723-4426                          ERIC B. BECKENHAUER, CSBN 237526
7                                                  Trial Attorney
    LINTON JOAQUIN                                 U.S. Department of Justice
8   KAREN TUMLIN                                   Civil Division, Federal Programs Branch
    VIVEK MATTAL                                   20 Massachusetts Ave. NW
9   NATIONAL IMMIGRATION                           Washington, DC 20530
    LAW CENTER                                     Telephone: (202) 514-3338
10  3435 Wilshire Boulevard, Suite 2850            Facsimile: (202) 616-8470
    Los Angeles, CA 90010                          E-mail: eric.beckenhauer@usdoj.gov
11  Tel: (213) 639-3900
    Fax: (213) 639-3911                          Attorneys for Defendants
12
    JARED L. KOPEL
13  LISA A. DAVIS
    DOMINIQUE-CHANTALE ALEPIN
14  WILSON SONSINI GOODRICH &
    ROSATI
15  Professional Corporation
    650 Page Mill Road
16  Palo Alto, CA 94304-1050
    Tel: (650) 493-9300
17  Fax: (650) 565-5100

18
    Attorneys for Plaintiffs
19
                        **SIGNATURE ATTESTATION**
20
        In accordance with General Order 45(X), I hereby attest that I have obtained
21  Eric B. Beckenhauer's concurrence in the filing of this document.

22                                       _/s/ Dominique-Chantale Alepin_
                                         DOMINIQUE-CHANTALE ALEPIN
23

24
                         [~~PROPOSED~~] ORDER
25
        Pursuant to stipulation, **IT IS SO ORDERED**.
26

27
    Dated: __4/4/11_____
28
                                         RICHARD SEEBORG
                                         United States District Judge