1    TONY WEST
     Assistant Attorney General
2    JOHN R. TYLER
     Assistant Branch Director
3    ERIC B. BECKENHAUER, CSBN 237526
     Trial Attorney

4

5    U.S. Department of Justice
     Civil Division, Federal Programs Branch
     20 Massachusetts Ave. NW
6    Washington, DC 20530
     Telephone: (202) 514-3338
7    Facsimile: (202) 616-8470
     E-mail: eric.beckenhauer@usdoj.gov

8

9    Attorneys for Defendants

10             IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14    NATIONAL LAWYERS' GUILD SAN      No. C 08-5137 RS
   FRANCISCO CHAPTER, et al.,

15           Plaintiffs,          **JOINT STATUS REPORT**
                                     **AND STIPULATION TO STAY**
16        v.                           **PROCEEDINGS; AND [**~~PROPOSED~~**]**
                                     **ORDER**
17    U.S. DEPARTMENT OF HOMELAND
   SECURITY, et al.,

18

19           Defendants.
   _____/

20

21       WHEREAS, in an effort to narrow the issues before the Court,

22       1.      The parties have entered into a series of stipulations to stay proceedings since April

23    24, 2009, to allow Defendants to conduct secondary searches and process potentially responsive

24    records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the

25    Court's intervention. On October 30, 2009, as a result of those negotiations, Plaintiffs stipulated that

26    they did not contest the adequacy of the searches performed by Defendants DHS, DHS-OIG, or

27    CIS, or the propriety of the withholdings made by DHS-OIG; accordingly, pursuant to Rule

28    41(a)(1)(A)(ii), the parties filed a stipulation of dismissal of this action with prejudice with respect

1   to those Defendants.  Negotiations continued with respect to the remaining Defendants: CBP,

2   EOIR, and ICE.  Most recently, on April 4, 2011, the Court approved the parties' stipulations (a) to

3   further stay proceedings through and including May 31, 2011, and (b) to submit a joint report

4   advising the Court on the status of negotiations and/or a stipulation proposing a schedule to

5   govern further proceedings, no later than May 31, 2011; and

6          2.      As a result of those negotiations, Plaintiffs have stipulated that they do not contest

7   either the adequacy of the searches performed, or the propriety of the withholdings made, by CBP,

8   EOIR, and ICE.  The parties now agree that all merits issues in this case have been resolved; and

9          3.      The parties are engaged in discussions about whether an award of attorney's fees

10  and costs is appropriate, and to that end, Plaintiffs have extended a proposal to Defendants.  While

11  Defendants do not concede that Plaintiffs are entitled to recover any fees or costs in this case, and

12  reserve all rights to oppose any bill of costs or motion for attorney's fees, they are carefully

13  considering Plaintiffs' proposal.  Although further negotiation may eliminate the need for judicial

14  resolution of any dispute over fees or costs, the parties anticipate that it will take several months

15  for their negotiations to conclude; and

16         WHEREAS it would minimize litigation costs and conserve judicial resources to permit the

17  parties to attempt to resolve any dispute over fees or costs without the Court's intervention,

18         IT IS HEREBY AGREED AND STIPULATED by and between the parties, through

19  undersigned counsel, subject to the approval of the Court, that:

20         1.      Further proceedings in this case are stayed for a period of approximately 3 months,

21                 through and including August 31, 2011, and

22         2.      No later than August 31, 2011, the parties shall submit a joint report advising

23                 the Court on the status of the above-mentioned negotiations and/or a stipulation

24                 proposing a schedule to govern further proceedings.

25  //

26  //

27  //

28  //

1  Dated: May 31, 2011

2  Respectfully submitted,

3  _/s/ Lisa A. Davis_                                TONY WEST
   JAYASHRI SRIKANTIAH                                   Assistant Attorney General
4  IMMIGRANTS' RIGHTS CLINIC
   STANFORD LAW SCHOOL                                JOHN R. TYLER
5  559 Nathan Abbott Way                                Assistant Branch Director
   Stanford, CA 94305
6  Tel: (650) 724-2442                                _/s/ Eric B. Beckenhauer_
   Fax: (650) 723-4426                                ERIC B. BECKENHAUER, CSBN 237526
7                                                        Trial Attorney
   LINTON JOAQUIN                                        U.S. Department of Justice
8  KAREN TUMLIN                                          Civil Division, Federal Programs Branch
   NATIONAL IMMIGRATION                                 20 Massachusetts Ave. NW
9  LAW CENTER                                           Washington, DC 20530
   3435 Wilshire Boulevard, Suite 2850                  Telephone: (202) 514-3338
10 Los Angeles, CA 90010                                Facsimile: (202) 616-8470
   Tel: (213) 639-3900                                  E-mail: eric.beckenhauer@usdoj.gov
11 Fax: (213) 639-3911
                                                       Attorneys for Defendants
12 JARED KOPEL
   LISA A. DAVIS
13 DOMINIQUE-CHANTALE ALEPIN
   WILSON SONSINI GOODRICH &
14 ROSATI
   Professional Corporation
15 650 Page Mill Road
   Palo Alto, CA 94304-1050
16 Tel: (650) 493-9300
   Fax: (650) 565-5100
17

18 Attorneys for Plaintiffs

19                              **SIGNATURE ATTESTATION**

20       In accordance with General Order 45(X), I hereby attest that I have obtained Lisa A.
   Davis's concurrence in the filing of this document.
21
                                                   _/s/ Eric B. Beckenhauer_
22                                                 ERIC B. BECKENHAUER

23

24                              [~~PROPOSED~~] **ORDER**

25       Pursuant to stipulation, **IT IS SO ORDERED**.

26

27 Dated: ___6/1/11_____

28                                                 RICHARD SEEBORG
                                                   United States District Judge