TONY WEST
  Assistant Attorney General
JOHN R. TYLER
  Assistant Branch Director
ERIC B. BECKENHAUER, CSBN 237526
  Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | No. C 08-5137 RS<br><br>**JOINT STATUS REPORT AND STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND/OR MOTION FOR ATTORNEY'S FEES; AND [PROPOSED] ORDER** |

WHEREAS, in an effort to narrow the issues before the Court,

1. The parties have entered into a series of stipulations to stay proceedings since April 24, 2009, to allow Defendants to conduct secondary searches and process potentially responsive records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the Court's intervention. On October 30, 2009, as a result of those negotiations, Plaintiffs stipulated that they did not contest the adequacy of the searches performed by Defendants DHS, DHS-OIG, or CIS, or the propriety of the withholdings made by DHS-OIG; accordingly, pursuant to Rule

1  41(a)(1)(A)(ii), the parties filed a stipulation of dismissal of this action with prejudice with respect
2  to those Defendants.  Negotiations continued with respect to the remaining Defendants: CBP,
3  EOIR, and ICE.  Most recently, on June 1, 2011, the Court approved the parties' stipulations (a) to
4  further stay proceedings through and including August 31, 2011, and (b) to submit a joint report
5  advising the Court on the status of negotiations, and/or a stipulation proposing a schedule to govern
6  further proceedings, no later than August 31, 2011; and

7  2. As a result of those negotiations, Plaintiffs have stipulated that they do not contest
8  either the adequacy of the searches performed, or the propriety of the withholdings made, by CBP,
9  EOIR, and ICE.  The parties now agree that all merits issues in this case have been resolved.
10  Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the parties are simultaneously filing a stipulation of
11  dismissal of this action with prejudice with respect to all remaining Defendants; and

12  3. The parties are engaged in discussions about whether an award of attorney's fees
13  and costs is appropriate, and to that end, Plaintiffs have extended a proposal to Defendants.  While
14  Defendants do not concede that Plaintiffs are entitled to recover any fees or costs in this case, and
15  reserve all rights to oppose any bill of costs or motion for attorney's fees, they are carefully
16  considering Plaintiffs' proposal.  Under the local rules, any bill of costs or motion for attorney's fees
17  would ordinarily be due within 14 days after entry of judgment.  See Civil L.R. 54-1(a), 54-6(a).
18  Although further negotiation may eliminate the need for judicial resolution of any dispute over fees
19  or costs, the parties anticipate that it will take several months for their negotiations to conclude; and

20  WHEREAS it would minimize litigation costs and conserve judicial resources to permit the
21  parties to attempt to resolve any dispute over fees or costs without the Court's intervention,

22  IT IS HEREBY AGREED AND STIPULATED by and between the parties, through
23  undersigned counsel, subject to the approval of the Court, that the deadline for Plaintiffs to file any
24  bill of costs and/or motion for attorney's fees shall be extended by approximately three months, to
25  September 30, 2011, notwithstanding any local rule to the contrary.

26  //
27  //
28  //

No. C 08-5137 RS
JOINT STATUS REPORT AND STIPULATION TO EXTEND TIME TO FILE FOR FEES AND COSTS        2

1 | Dated: June 29, 2011

2 | Respectfully submitted,

| | |
|---|---|
| JAYASHRI SRIKANTIAH<br>IMMIGRANTS' RIGHTS CLINIC<br>STANFORD LAW SCHOOL<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Tel: (650) 724-2442<br>Fax: (650) 723-4426<br><br>LINTON JOAQUIN<br>KAREN TUMLIN<br>NATIONAL IMMIGRATION<br>LAW CENTER<br>3435 Wilshire Boulevard, Suite 2850<br>Los Angeles, CA 90010<br>Tel: (213) 639-3900<br>Fax: (213) 639-3911<br><br>  /s/ *Lisa A. Davis*<br>JARED KOPEL<br>LISA A. DAVIS<br>DOMINIQUE-CHANTALE ALEPIN<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>Fax: (650) 565-5100<br><br><br>Attorneys for Plaintiffs | TONY WEST<br>   Assistant Attorney General<br><br>JOHN R. TYLER<br>   Assistant Branch Director<br><br>  /s/ *Eric B. Beckenhauer*<br>ERIC B. BECKENHAUER, CSBN 237526<br>   Trial Attorney<br>   U.S. Department of Justice<br>   Civil Division, Federal Programs Branch<br>   20 Massachusetts Ave. NW<br>   Washington, DC 20530<br>   Telephone: (202) 514-3338<br>   Facsimile: (202) 616-8470<br>   E-mail: eric.beckenhauer@usdoj.gov<br><br>Attorneys for Defendants |

**SIGNATURE ATTESTATION**

In accordance with General Order 45(X), I hereby attest that I have obtained Lisa A. Davis's concurrence in the filing of this document.

  /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER

**[PROPOSED] ORDER**

Pursuant to stipulation, it is hereby **ORDERED** that the deadline for Plaintiffs to file any bill of costs and/or motion for attorney's fees shall be extended to September 30, 2011, notwithstanding any local rule to the contrary.

**SO ORDERED**.

Dated:  6/30/11

RICHARD SEEBORG
United States District Judge