*E-Filed 9/29/11*

TONY WEST
  Assistant Attorney General
JOHN R. TYLER
  Assistant Branch Director
ERIC B. BECKENHAUER, CSBN 237526
  Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. C 08-5137 RS <br><br> **STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND/OR MOTION FOR ATTORNEY'S FEES; AND [PROPOSED] ORDER** |

WHEREAS, in an effort to narrow the issues before the Court,

1. Beginning in April 2009, the parties entered into a series of stipulations to stay proceedings to allow Defendants to conduct secondary searches and process potentially responsive records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the Court's intervention. As a result of those negotiations, in October 2009, the parties filed a stipulation of dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii) with respect to Defendants DHS, DHS-OIG, and CIS. After further negotiations resolved all remaining merits issues, on June 29, 2011, the parties filed a stipulation of dismissal of this action with prejudice

1 under Rule 41(a)(1)(A)(ii) with respect to all remaining Defendants.  At that time, the parties had begun to discuss whether an award of fees and costs was appropriate in this case.  On June 30, 2011, the Court approved the parties' stipulation to extend the deadline for Plaintiffs to file any bill of costs and/or motion for attorney's fees by approximately three months, to September 30, 2011, to permit those negotiations to continue; and

2. The parties continue to actively discuss whether an award of attorney's fees and costs is appropriate and, to that end, have exchanged a series of proposals to resolve the issue without the Court's intervention.  While Defendants do not concede that Plaintiffs are entitled to recover any fees or costs in this case, and reserve all rights to oppose any bill of costs or motion for attorney's fees, they are carefully considering this issue.  Although further negotiation may eliminate the need for judicial resolution of any dispute over fees or costs, the parties anticipate that it will take several months for their negotiations to conclude; and

WHEREAS it would minimize litigation costs and conserve judicial resources to permit the parties to attempt to resolve any dispute over fees or costs without the Court's intervention,

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through undersigned counsel, subject to the approval of the Court, that the deadline for Plaintiffs to file any bill of costs and/or motion for attorney's fees shall be extended by approximately two months, to November 30, 2011, notwithstanding any local rule to the contrary.

//
//
//
//
//
//
//
//
//
//

Dated: September 28, 2011

Respectfully submitted,

| | |
|---|---|
| JAYASHRI SRIKANTIAH<br>IMMIGRANTS' RIGHTS CLINIC<br>STANFORD LAW SCHOOL<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Tel: (650) 724-2442<br>Fax: (650) 723-4426<br><br>LINTON JOAQUIN<br>KAREN TUMLIN<br>NATIONAL IMMIGRATION<br>LAW CENTER<br>3435 Wilshire Boulevard, Suite 2850<br>Los Angeles, CA 90010<br>Tel: (213) 639-3900<br>Fax: (213) 639-3911<br><br>  /s/ *Lisa A. Davis*<br>JARED KOPEL<br>LISA A. DAVIS<br>DOMINIQUE-CHANTALE ALEPIN<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>Fax: (650) 565-5100<br><br>Attorneys for Plaintiffs | TONY WEST<br>  Assistant Attorney General<br><br>JOHN R. TYLER<br>  Assistant Branch Director<br><br>  /s/ *Eric B. Beckenhauer*<br>ERIC B. BECKENHAUER, CSBN 237526<br>  Trial Attorney<br>  U.S. Department of Justice<br>  Civil Division, Federal Programs Branch<br>  20 Massachusetts Ave. NW<br>  Washington, DC 20530<br>  Telephone: (202) 514-3338<br>  Facsimile: (202) 616-8470<br>  E-mail: eric.beckenhauer@usdoj.gov<br><br>Attorneys for Defendants |

**SIGNATURE ATTESTATION**

In accordance with General Order 45(X), I hereby attest that I have obtained Lisa A. Davis's concurrence in the filing of this document.

                                                      /s/ *Eric B. Beckenhauer*
                                                      ERIC B. BECKENHAUER

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, it is hereby **ORDERED** that the deadline for Plaintiffs to file any bill of costs and/or motion for attorney's fees shall be extended to November 30, 2011, notwithstanding any local rule to the contrary.

**SO ORDERED**.

Dated: __9/29/11_____

                                                      RICHARD SEEBORG
                                                      United States District Judge