JARED L. KOPEL, State Bar No. 126817
jkopel@wsgr.com
LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
dalepin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, <u>et al.</u>,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, <u>et al.</u>,<br><br>  Defendants. | No. C 08-5137 RS<br><br>**STIPULATION TO EXTEND TIME TO FILE BILL OF COSTS AND/OR MOTION FOR ATTORNEY'S FEES; AND [~~PROPOSED~~] ORDER** |

  WHEREAS, in an effort to narrow the issues before the Court,

  1.   Beginning in April 2009, the parties entered into a series of stipulations to stay proceedings to allow Defendants to conduct secondary searches and process potentially responsive records, and to allow the parties to confer in an effort to resolve Plaintiffs' claims without the Court's intervention. As a result of those negotiations, in October 2009, the parties filed a stipulation of dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii) with respect to Defendants DHS, DHS-OIG, and CIS. After further negotiations resolved all remaining merits issues, on June 29, 2011, the parties filed a stipulation of dismissal of this action with prejudice

1  under Rule 41(a)(1)(A)(ii) with respect to all remaining Defendants.  At that time, the parties had
2  begun to discuss whether an award of fees and costs was appropriate in this case.  On June 30,
3  2011, the Court approved the parties' stipulation to extend the deadline for Plaintiffs to file any bill
4  of costs and/or motion for attorney's fees by approximately three months, to September 30, 2011, to
5  permit those negotiations to continue.  On September 29, the Court approved the parties' stipulation
6  to extend the deadline for Plaintiffs to file any bill of costs and/or motion for attorney's fees by
7  approximately two months, to November 30, 2011, to permit those negotiations to continue.  On
8  November 29, 2011, the Court approved the parties' stipulation to extend the deadline for Plaintiffs
9  to file any bill of costs and/or motion for attorney's fees by approximately two months, to January
10 30, 2012, to permit those negotiations to continue.  On January 30, 2012, the Court approved the
11 parties' stipulation to extend the deadline for Plaintiffs to file any bill of costs and/or motion for
12 attorney's fees by approximately one month, to February 29, 2012, to permit those negotiations to
13 continue.

14    2.    The parties continue to actively discuss whether an award of attorney's fees and
15 costs is appropriate and, to that end, have exchanged a series of proposals to resolve the issue
16 without the Court's intervention.  While Defendants do not concede that Plaintiffs are entitled to
17 recover any fees or costs in this case, and reserve all rights to oppose any bill of costs or motion for
18 attorney's fees, they are carefully considering this issue.  Although it now appears likely that further
19 negotiation will eliminate the need for judicial resolution of any dispute over fees or costs, the
20 parties anticipate that it will take an additional week for their negotiations to conclude; and

21    WHEREAS it would minimize litigation costs and conserve judicial resources to permit
22 the parties to attempt to resolve any dispute over fees or costs without the Court's intervention,

23    IT IS HEREBY AGREED AND STIPULATED by and between the parties, through
24 undersigned counsel, subject to the approval of the Court, that the deadline for Plaintiffs to file any
25 bill of costs and/or motion for attorney's fees shall be extended by approximately one week, to
26 March 7, 2012, notwithstanding any local rule to the contrary.

27 //

28 //

Dated:  February 28, 2012

Respectfully submitted,

| | |
|---|---|
| JARED L. KOPEL<br><br>DOMINIQUE-CHANTALE ALEPIN<br><br> /s/ Lisa A. Davis<br>LISA A. DAVIS<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>Fax: (650) 565-5100<br><br>JAYASHRI SRIKANTIAH<br>IMMIGRANTS' RIGHTS CLINIC<br>STANFORD LAW SCHOOL<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Tel: (650) 724-2442<br>Fax: (650) 723-4426<br><br>LINTON JOAQUIN<br>KAREN TUMLIN<br>NATIONAL IMMIGRATION LAW CENTER<br>3435 Wilshire Boulevard, Suite 2850<br>Los Angeles, CA 90010<br>Tel: (213) 639-3900<br>Fax: (213) 639-3911<br><br>Attorneys for Plaintiffs | TONY WEST<br>  Assistant Attorney General<br><br>JOHN R. TYLER<br>  Assistant Branch Director<br><br> /s/ Eric B. Beckenhauer<br>ERIC B. BECKENHAUER, CSBN 237526<br>  Trial Attorney<br>  U.S. Department of Justice<br>  Civil Division, Federal Programs Branch<br>  20 Massachusetts Ave. NW<br>  Washington, DC 20530<br>  Telephone: (202) 514-3338<br>  Facsimile: (202) 616-8470<br>  E-mail: eric.beckenhauer@usdoj.gov<br><br>Attorneys for Defendants |

**SIGNATURE ATTESTATION**

In accordance with General Order 45(X), I hereby attest that I have obtained Eric B. Beckenhauer's concurrence in the filing of this document.

                                         /s/ Lisa A. Davis
                                        LISA A. DAVIS

**[PROPOSED] ORDER**

Pursuant to stipulation, it is hereby **ORDERED** that the deadline for Plaintiffs to file any bill of costs and/or motion for attorney's fees shall be extended to March 7, 2012, notwithstanding any local rule to the contrary.

Dated: __2/29/12_____       _____
RICHARD SEEBORG
United States District Judge