DAVID J. BERGER, State Bar No. 147645
dberger@wsgr.com
LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
dalepin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LAWYERS' GUILD SAN FRANCISCO CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. C 08-5137 RS <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that attorney Jared L. Kopel (SBN 126817) of the law firm Wilson Sonsini Goodrich & Rosati, PC, located at 650 Page Mill Road, Palo Alto, CA 94304, hereby withdraws from representing plaintiffs National Lawyers' Guild San Francisco Chapter, American Civil Liberties Union Foundation of Southern California, and National Immigration Law Center (the "Plaintiffs") in *National Lawyers' Guild San Francisco Chapter, et al., v. U.S. Department of Homeland Security, et al.,* Case No. C 08-5137 RS. Plaintiffs hereby request to substitute attorney David J. Berger (SBN 147645) of the law firm Wilson Sonsini Goodrich & Rosati, PC, 650 Page

Mill Road, Palo Alto, CA 94304, in place of Jared L. Kopel. Consistent with Local Civil Rule 11-5, notice of this withdrawal and substitution has been provided to Plaintiffs.

Pursuant to Civil Local Rule 11-5, Plaintiffs request that the Court approve this substitution. Plaintiffs further request that pursuant to General Order 45, Mr. Berger be added to the docket and that email notifications be provided to Mr. Berger at the following address: DBerger@wsgr.com.

Dated: April 25, 2012

Respectfully submitted,

 /s/ Lisa A. Davis
LISA A. DAVIS
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 11-5 and in accordance with General Order 45, the Court approves the substitution of counsel sought by Plaintiffs.

IT IS SO ORDERED.

DATED: __4/26/12_____    _____

RICHARD SEEBORG
United States District Judge

No. C 08-5137 RS
NOTICE OF SUBSTITUTION OF COUNSEL

2